This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41598**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**JACOB A. MARTINEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY**
**Drew D. Tatum, District Court Judge**

Raúl Torrez, Attorney General
Santa Fe, NM

for Appellee

Law Offices of Blake J. Dugger, P.C.
Blaker J. Dugger
Hobbs, NM

for Appellant

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Summary affirmance, in part, and summary reversal, in part, was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance, in part, and summary reversal, in part, has been filed and the time for doing so has expired. **AFFIRMED, IN PART, REVERSED, IN PART.**

**{2}** **IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Chief Judge**

**ZACHARY A. IVES, Judge**